## GLOVER v. STATE.

No. 26279.

Court of Criminal Appeals. of Texas.

Feb. 25, 1953.

Wright Stubbs, Austin, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for the misdemeanor offense of swindling by worthless check, under Art. 567b, Vernon's Ann.P.C., with punishment assessed at 45 days in jail.

As we pointed out in Pallage v. State, Tex.Cr.R., 253 S.W.2d 47, knowledge on the part of the drawer or maker of the check that he did not have sufficient funds on deposit with the bank to pay the check is an essential element of the offense denounced by Sec. 1 of Art. 567b, Vernon's Ann.P.C. See, also, Knight v. State, Tex. Cr.R., 254 S.W.2d 113.

The instant information contains no such allegation and therefore does not charge the offense for which appellant has been here convicted.

The judgment is reversed and the prosecution ordered dismissed.

Opinion approved by the court.

## STOKES v. STATE.

No. 26323.

Court of Criminal Appeals of Texas.

March 25, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant, having waived a trial by jury, pleaded guilty before the court. The court, after hearing evidence, adjudged him to be guilty of burglary and assessed his punishment at two years confinement in the penitentiary.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.